IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD HUGHES MEDICAL INSTITUTE, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 07-420*** |
| v. | ) ) | |
| FACTORY MUTUAL INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2007, a true copy of Plaintiff Howard Hughes Medical Institute's First Request for Production of Documents and First Set of Interrogatories were served, in the manner indicated, on the following counsel of record, at the addresses indicated:

**By E-Mail & Hand Delivery**

Robert S. Goldman, Esquire
Lisa C. McLaughlin, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
rsg@pgslaw.com
lcm@pgslaw.com

**By E-Mail & First-Class Mail**

Thomas S. Brown, Esquire
GIBBONS, P.C.
1700 Two Logan Square
18th and Arch Street
Philadelphia, PA  19103
tbrown@gibbonslaw.com

Dated: July 31, 2007

| | |
|---|---|
| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
| Richard P. Lewis<br>Marshall Gilinsky<br>ANDERSON KILL & OLICK, P.C.<br>1251 Avenue of the Americas<br>New York, New York 10020-1182<br>(212) 278-1000 | By _____<br>David J. Baldwin (No. 1010)<br>Jennifer C. Wasson (No. 4933)<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>E-Mail: dbaldwin@potteranderson.com<br>          jwasson@potteranderson.com<br><br>*Attorneys for Plaintiff Howard Hughes Medical Institute* |

810154

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Jennifer C. Wasson, hereby certify that, on July 31, 2007, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following Delaware attorney of record for Defendant stating that the document is available for viewing and downloading from CM/ECF, and that a copy was served by e-mail and by hand on the following Delaware attorney of record:

Robert S. Goldman, Esquire
Lisa C. McLaughlin, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

and that a copy was served by e-mail and first-class mail on the following non-Delaware counsel for Defendant:

Thomas S. Brown, Esquire
GIBBONS, P.C.
1700 Two Logan Square
18th and Arch Street
Philadelphia, PA 19103

Jennifer C. Wasson (No. 4933)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail: jwasson@potteranderson.com

810154