IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| Howard Hughes Medical Institute,<br><br>Plaintiff,<br><br>v.<br><br>Factory Mutual Insurance Company,<br><br>Defendant. | Civil Action No.  07-420***<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

Plaintiff, Howard Hughes Medical Institute, ("HHMI"), by its undersigned counsel, as its Answer to the Counterclaim for Declaratory Relief Under the Policy's Appraisal Clause (the "Counterclaim") filed by Defendant, Factory Mutual Insurance Company, ("FM"), responds and alleges as follows:

### Plaintiff's Answer to Counterclaim for Declaratory Relief

1.  Denies the allegations contained in Paragraph "1" of the Counterclaim, except admits that the Policy contains an appraisal provision and respectfully refers the Court to the Policy for the terms of that provision.

2.  Denies the allegations contained in Paragraph "2" of the Counterclaim, except admits that FM sent HHMI a letter, dated May 15, 2007, in which FM invoked the appraisal provision in the Policy and admits that FM sent HHMI a letter, dated June 4, 2007, in which FM identified its appraiser as Jonathan Held, Held Associates, Inc.

3.  Denies the allegations contained in Paragraph "3" of the Counterclaim, except admits that HHMI's counsel sent a letter to FM, dated June 5, 2007, that enclosed a

courtesy copy of the Complaint, stated that appraisal is inappropriate because the dispute between the parties deals predominately with a question of law and, to avoid any potential claim by FM that HHMI had waived any rights in an appraisal, noted that if an appraisal were eventually to proceed, HHMI would use Russ Opferkuch, AON Horizon Consultants as its appraiser.

    4.    Denies the allegations contained in Paragraph "4" of the Counterclaim.

    5.    Denies the allegations contained in Paragraph "5" of the Counterclaim.

### Affirmative Defenses

    1.    The dispute between the parties entails a question or questions of law which are inappropriate for resolution via appraisal.

    2.    Resolution of the disputed question or questions of law in HHMI's favor would obviate most if not all of the purported "pure questions of value and amount of loss" alleged in the Counterclaim.

    3.    To the extent that any part of the dispute between the parties pertains to "pure questions of value and amount of loss," as alleged in the Counterclaim, it is most efficient to resolve all parts of the dispute contemporaneously in this action.

    4.    Because there are disputed legal issues between the parties, such issues must be resolved through this action before any issues dealing solely with valuation, to the extent any exist, could be dealt with via appraisal.

WHEREFORE, HHMI demands judgment:

    a.    Dismissing the Counterclaim in its entirety; and

    b.    Awarding HHMI such other and further relief as this Court deems just and proper.

Dated:    August 6, 2007

*Of Counsel:*

Richard P. Lewis
Marshall Gilinsky
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182
(212) 278-1000

POTTER ANDERSON & CORROON LLP

By *(signed)* David J. Baldwin
David J. Baldwin (No. 1010)
Jennifer C. Wasson (No. 4933)
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
(302) 984-6017
E-mail: dbaldwin@potteranderson.com
          jwasson@potteranderson.com

*Attorneys for Plaintiff Howard Hughes Medical Institute*

811028/ NYDOCS1-868289.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, David J. Baldwin, hereby certify that, on August 6, 2007, the foregoing **Plaintiff's Answer to Defendant's Counterclaim** was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following Delaware attorney of record for Defendant stating that the document is available for viewing and downloading from CM/ECF, and that a copy was served by e-mail and by hand on the following Delaware attorney of record:

> Robert S. Goldman, Esquire
> Lisa C. McLaughlin, Esquire
> PHILLIPS, GOLDMAN & SPENCE, P.A.
> 1200 North Broom Street
> Wilmington, DE  19806

and that a copy was served by e-mail and first-class mail on the following non-Delaware counsel for Defendant:

> Thomas S. Brown, Esquire
> GIBBONS, P.C.
> 1700 Two Logan Square
> 18th and Arch Street
> Philadelphia, PA  19103

*/s/ David J. Baldwin*
David J. Baldwin (No. 1010)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
E-Mail:  dbaldwin@potteranderson.com

811042