IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD HUGHES MEDICAL INSTITUTE, :
:
    Plaintiff, :
:
v. : Civil Action No. 07-420
:
FACTORY MUTUAL INSURANCE CO., :
:
    Defendant, :

**APPLICATION BY FACTORY MUTUAL INSURANCE COMPANY FOR ORAL ARGUMENT ON ITS MOTION TO CHANGE VENUE FORUM NON CONVENIENS**

    In accordance with this Court's procedures and Local Rule 7.1.4, Defendant Factory Mutual Insurance Company, by and through its undersigned attorneys, hereby respectfully requests that this Court grant this application for oral argument on its Motion to Change Venue Forum Non Conveniens filed on July 27, 2007 (Docket No. 6). Plaintiff's Answering Brief in Opposition to Defendant's Motion to Change Venue Forum Non Conveniens was filed on August 9, 2007 (Docket No. 9). Defendant Factory Mutual Insurance Company's Reply Brief to Opposition to Motion to Change Venue Forum Non Conveniens was filed on August 17, 2007 (Docket No. 10) and service by U.S. Mail was sent on those dates.

    All briefing related to the Motion has been completed. Defendant, Factory Mutual Insurance Company respectfully request that oral argument be held on the Motion to Change Venue Forum Non Conveniens at the Court's earliest convenience.

Respectfully submitted,

*/s/ Robert S. Goldman*

Robert S. Goldman, Esquire (DE #2508)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

- and -

Thomas S. Brown, Esquire
Andrew B. Smith, Esquire
Gibbons, P.C.
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 665-0400

Attorneys for Defendant
Factory Mutual Insurance Company

Dated: August 20, 2007

## CERTIFICATE OF SERVICE

I, Robert S. Goldman, attorney for Defendant, hereby certify that on this the 20th day of August, 2007, served the foregoing Application of Factory Mutual Insurance Company for Oral Argument on its' Motion to Change Venue Forum Non Conveniens upon the following via U.S. Mail, First Class Delivery, postage prepaid:

David J. Baldwin, Esquire
Jennifer C. Wasson, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Richard P. Lewis, Esquire
Marshall Gilinsky, Esquire
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

PHILLIPS, GOLDMAN & SPENCE, P.A.

Robert S. Goldman (#2508)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 Fax