
Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David J,. Baldwin
Attorney at Law
Partner
dbaldwin@potteranderson.com
302 984-6017 Direct Phone
302 658-1192 Facsimile

August 21, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:  **Howard Hughes Medical Institute v. Factory Mutual Insurance Company
C. A. No. 07-420*****

Dear Judge Thynge:

In anticipation of the teleconference scheduled set for August 27, 2007 at 8:00 a.m., enclosed for Your Honor's consideration is the parties' proposed Scheduling Order for the above-referenced matter. Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

David J. Baldwin

DJB/813997
Enclosure
cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via e-filing)