IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HUGHES MEDICAL INSTITUTE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-420-*** |
| FACTORY MUTUAL INSURANCE COMPANY, | : |
| Defendant. | : |

### ORDER

At Wilmington this **27th** day of **August, 2007**.

A scheduling teleconference was held on August 27, 2007. The rulings by the court during the teleconference as contained in the transcript serve as an order of the court.

IT IS FURTHER ORDERED that a teleconference to discuss the schedule and consent to the jurisdiction of the magistrate judge is scheduled for **Tuesday, September 4, 2007 at 9:00 a.m.** to be initiated by defense counsel.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE