IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD HUGHES MEDICAL INSTITUTE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-420-*** |
| FACTORY MUTUAL INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 4th day of **September, 2007**.

A scheduling/consent teleconference was held on September 4, 2007. The rulings by the court during the teleconference as contained in the transcript serve as an order of the court.

IT IS FURTHER ORDERED that a teleconference to address defendant's motion for a protective order **Wednesday, September 12, 2007 at 8:00 a.m.** to be initiated by defense counsel. Plaintiff's letter response of not more than five (5) pages is due on or before Monday, September 10, 2007.

IT IS FURTHER ORDERED that the parties limited consent to the jurisdiction of Magistrate Judge Thynge should be filed before the teleconference of September 12, 2007.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE