IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HUGHES MEDICAL INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | LIMITED CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE<br><br>CIVIL ACTION NO. 07-420 |

## LIMITED CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct the following proceeding in this matter: Defendant's Motion to Compel Appraisal, once filed. This limited consent shall not preclude the parties from consenting to additional proceedings in this case in the future.

*/s/ Robert S. Goldman*
Robert S. Goldman, Esquire (#2508)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
- and -
Thomas S. Brown, Esquire
Andrew B. Smith, Esquire
GIBBONS P.C.
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215) 665-0400
Attorneys for Defendant,
Factory Mutual Insurance Company

#1225871 v1
106330-59824

*David J. Baldwin* (signature)

David J. Baldwin, Esquire (#1010)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801
-and-
Marshall Gilinsky, Esquire
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

### ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct the matters identified above in accordance with 28 U.S.C. §636(c) and Fed. R. Civ. P. 73.

_____    _____
Date                                                  United States District Judge

## CERTIFICATE OF SERVICE

I, Robert S. Goldman, attorney for Defendant, hereby certify that on this the 11th day of September, 2007, served the Limited Consent to the Exercise of Jurisdiction by a United States Magistrate Judge via U.S. Mail, First Class Delivery, postage prepaid:

David J. Baldwin, Esquire
Jennifer C. Wasson, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Richard P. Lewis, Esquire
Marshall Gilinsky, Esquire
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
Robert S. Goldman, Esquire (#2508)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 Fax

#1223275 v1
106330-59824