IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HUGHES MEDICAL INSTITUTE, | Civil Action No. 07-420*** |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| FACTORY MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission pro hac vice of Richard P. Lewis and Marshall Gilinsky of ANDERSON KILL &

OLICK, P.C., 1251 Avenue of the Americas, New York, New York 10020 to represent plaintiff

Howard Hughes Medical Institute in this matter.

POTTER ANDERSON & CORROON LLP
David J. Baldwin (No. 1010)
Jennifer C. Wasson (No. 4933)
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
(302) 984-6017
E-mail: dbaldwin@potteranderson.com
jwasson@potteranderson.com

Dated: September 12, 2007
814992/31904

*Attorneys for Plaintiff Howard Hughes Medical Institute*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of The District of Columbia, States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 4, 2007

Signed: _____
Richard P. Lewis
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182
(212) 278-1000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and  Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid  to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 4, 2007           Signed: _____

Marshall Gilinsky
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182
(212) 278-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David J. Baldwin, hereby certify that, on September 12, 2007, the foregoing

**Motion and Order for Admission Pro Hac Vice of Richard P. Lewis and Marshall Gilinsky**

was filed electronically with the Clerk of Court using CM/ECF which will send notification of

such filing to the following Delaware attorney of record for Defendant stating that the document

is available for viewing and downloading from CM/ECF:

Robert S. Goldman, Esquire
Lisa C. McLaughlin, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806

and that a copy was served by e-mail on the following non-Delaware counsel for Defendant:

Thomas S. Brown, Esquire
GIBBONS, P.C.
1700 Two Logan Square
18th and Arch Street
Philadelphia, PA 19103

/s/ David J. Baldwin
David J. Baldwin (No. 1010)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail: dbaldwin@potteranderson.com

818376