IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD HUGHES MEDICAL INSTITUTE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-420-*** |
| | : | |
| FACTORY MUTUAL INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **9th** day of **January, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, January 17, 2008 at 11:00 a.m.** with Judge Thynge to discuss the status of the case. **David J. Baldwin, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE