IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HUGHES MEDICAL INSTITUTE, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Civil Action No. 07-420-*** <br> : |
| FACTORY MUTUAL INSURANCE COMPANY, | : <br> : <br> : |
| Defendant. | : |

### **ORDER**

At Wilmington this **16th** day of **January, 2008**.

IT IS ORDERED that the teleconference scheduled for Thursday, January 17, 2008 at 11:00 a.m. with Judge Thynge to discuss the status of the case is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                /s/ Mary Pat Thynge
                                                UNITED STATES MAGISTRATE JUDGE