IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HUGHES MEDICAL INSTITUTE,<br><br>               Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>               Defendant. | Civil Action No. 07-420***<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, Howard Hughes Medical Institute and the defendant, Factory Mutual Insurance Company, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the within action is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

PHILLIPS, GOLDMAN & SPENCE, P.A.

By /s/ Robert S. Goldman
Robert S. Goldman, Esquire
Lisa C. McLaughlin, Esquire
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

*Attorney for Defendant Factory Mutual Insurance Company*

Dated: January 23, 2008
842896/31904

POTTER ANDERSON & CORROON LLP

By /s/ David J. Baldwin
David J. Baldwin (No. 1010)
Jennifer C. Wasson (No. 4933)
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
(302) 984-6017
E-mail: dbaldwin@potteranderson.com
           jwasson@potteranderson.com

*Attorneys for Plaintiff Howard Hughes Medical Institute*